ACCEPTED
05-18-00646-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/4/2018 10:50 AM
LISA MATZ
CLERK

**CAUSE NO. 05-18-00646-CV**

_____

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/4/2018 10:50:14 AM
LISA MATZ
Clerk

**IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS**

_____

**ROBERT W. BARRETT, JR.**

**Appellant**

**v.**

**ROSA M. BARRETT**

**Appellee**

_____

**On Appeal from the 255th District Court of Dallas County
Cause No. DF-16-12105
Kim Cooks, Judge Presiding**

_____

**APPELLANT'S MOTION FOR EXTENSION
OF TIME TO FILE NOTICE OF APPEAL**

_____

Appellant Robert W. Barrett, Jr. moves for an extension of time to file

his notice of appeal in this proceeding and states the following in support:

**I.**

The underlying case is *In the Matter of the Marriage of Rosa M. Barrett and Robert W. Barrett*, cause number DF-16-12105 in the 255th District Court of Dallas County.

**II.**

The trial court signed a Final Decree of Divorce in the underlying case on April 20, 2018. Pursuant to Texas Rules of Appellate Procedure 4.1 and 26.1, the deadline for Mr. Barrett to file a notice of appeal was Monday May 21, 2018. Mr. Barrett did not file his notice of appeal until June 4, 2018, fourteen days after the deadline to do so.

**III.**

Texas Rule of Appellate Procedure 26.3 provides that an appellate court may extend the time to file a notice of appeal if, within fifteen days after the deadline for filing the notice of appeal, the party (a) files in the trial court the notice of appeal and (b) files in the appellate court a motion requesting the extension. By filing his notice of appeal and this motion on June 4, 2018, Mr. Barrett has complied with both requirements of Rule 26.3.

**IV.**

Mr. Barrett's counsel in the trial court has been C. Tony Wright. Mr. Wright did not notify Mr. Barrett that the trial court had signed a Final Decree of Divorce. After Mr. Barrett attempted to contact Mr. Wright several times to determine the status of the underlying case but was unable to reach Mr. Wright, Mr. Barrett began searching for new counsel. On May 31, 2018, when Mr. Barrett contacted a lawyer about potentially representing him, that lawyer looked up the case on the trial court's online docket sheet and advised Mr. Barrett (1) that a Final Decree had already been signed and (2) that the deadline to file a notice of appeal had already passed.

**V.**

Appellant Robert W. Barrett, Jr. prays that this Court enter an order granting his Motion for Extension of Time to File Notice of Appeal and specifying that his notice of appeal filed on June 4, 2018 is timely.

Respectfully submitted,

/s/ Robert W. Barrett, Jr.
Robert W. Barrett, Jr.
Pro Se
7704 Heather Ridge Court
Irving, Texas 75063
(214) 336-9525
bob.barrett63@gmail.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I attempted to confer with Appellee's counsel Kara J. Johnson but that I was unable to reach her.

/s/ Robert W. Barrett, Jr.
Robert W. Barrett, Jr.

## CERTIFICATE OF SERVICE

On June 4, 2018, I served a copy of this document via the e-filing portal to the following counsel for Appellee Rosa M. Barrett:

Kara J. Johnson
1515 Main Street
Dallas, Texas 75201

/s/ Robert W. Barrett, Jr.
Robert W. Barrett, Jr.